UNITED STATES OF AMERICA, PLAINTIFF *v.* YUCHIUS
MORALITY CO., LTD. AND INTERCARGO INSURANCE CO., DEFENDANTS

Consolidated Court No. 96–02–00608

(Dated December 11, 2002)

## JUDGMENT

AQUILINO, JR., *Judge:* The plaintiff having commenced this case pursuant to 19 U.S.C. §1592 and 28 U.S.C. §1582 for recovery of unpaid duties and collection of penalties in connection therewith; and the court having conducted a trial of the issues; and defendant Intercargo Insurance Company having thereafter entered into an agreement with the plaintiff, settling in full the government's claims against it; and the court having thereafter decided all of the remaining claims per slip opinion 02–124, 26 CIT 1224 (Oct. 18, 2002); and that slip opinion 02–124 having awarded the plaintiff the unpaid duties and penalties in connection therewith and having also granted defendant Intercargo Insurance Company judgment on its cross-claim against defendant Yuchius Morality Company, Ltd., including recovery of reasonable attorneys' fees and expenses and costs; and that slip opinion 02–124 having directed the parties to settle and submit a proposed final judgment in conformity therewith; and defendant Intercargo Insurance Company having duly served and filed a Detailed Accounting of Attorneys' Fees and Expenses incurred in this matter; and the parties having filed a proposed judgment in connection with slip opinion 02–124; and the court having questioned the content(s) thereof; and the plaintiff United States' Notice of Revisions to the Proposed Order of Judgment having been filed upon a representation of consent thereto by defendant Yuchius Morality Company, Ltd.; Now therefore, in conformity with the court's slip opinion 02–124 (and with its previous slip opinion 99–79, 23 CIT 544 (1999) filed herein), it is hereby

ORDERED, ADJUDGED and DECREED that the plaintiff recover from defendant Yuchius Morality Company, Ltd. $271,306.00 in unpaid duties and $642,612.00 in penalties, together with $276,162.51 in prejudgment interest on those unpaid duties; and it is further hereby

ORDERED, ADJUDGED and DECREED that defendant Intercargo Insurance Company recover from defendant Yuchius Morality Company, Ltd. the face amount of its bond, $50,000.00, plus $32,567.45 in reasonable attorneys' fees, expenses and costs incurred by defendant Intercargo Insurance Company in this matter.